UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

ANAND SINGH,

Defendant.
-----------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7th OR SUBSEQUENT
ORDER OF CONTINUANCE AND
24th ORDER OF CONTINUANCE

23 Mag. 3471

    The United States of America and the defendant jointly request and agree that the time period from **3/5/2025 to 4/2/2025** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). Singh was charged with a violation of 18 U.S.C. §§ 2422(b) and 2 in a complaint dated May 1, 2023. The defendant was presented before Magistrate Judith C. McCarthy on May 1, 2023, and the defendant was released on $700,000 bond, co-signed by four financially responsible persons, and subject to various conditions set forth in the Order Setting Conditions of Release (23-mj-3471).

    The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. In particular, on March 1, 2024, defense counsel provided a mitigation submission to the Government. On January 6, 2025 and February 26, 2025, the parties emailed regarding the defense submission, and it is the Government's understanding that defense counsel intends to provide additional information. The parties would use the additional time to continue considering and discussing the defense's mitigation request, as well as a potential disposition.

    By the following signatures we agree and consent to the exclusion of time noted above:

_____  _____      _____  2/28/2025
Defendant Counsel            Date          Assistant U.S. Attorney    Date
Kevin Conway, Esq.                         Kathryn Wheelock

    The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request.

_____         2/28/25
Defendant                          Date
ANAND SINGH

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **3/5/2025 to 4/2/2025** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The Court further orders: _____

Dated: 3/5/2025
White Plains, New York

SO ORDERED

*Victoria Reznik*
~~Hon. Judith C. McCarthy~~ Victoria Reznik
United States Magistrate Judge